52058. ROSE v. McGUFFIE et al.

BELL, Chief Judge.
This is an appeal from an order granting a motion to set aside a judgment. This order is not a final judgment.

*Finch v. Kilgore,* 120 Ga. App. 320 (170 SE2d 304). There is no certificate of immediate review nor has this court granted an application for an appeal under Code Ann. § 6-701 (a) 2 (A). The appeal is premature and must be dismissed.

*Appeal dismissed. Clark and Stolz, JJ., concur.*

Submitted April 6, 1976 — Decided May 17, 1976.

*William L. Skinner,* for appellant.
*L. A. Antinoro,* for appellees.